July 28, 2025

Pro Se Department

U.S. District Court - District of Nevada


Re: Filing - Motion to Quash Subpoena and Motion to Seal (Mario Armando Lavandeira, Jr.)


Dear Clerk,


My name is Mario Armando Lavandeira, Jr. - known professionally as Perez Hilton - and I am a non-party responding to a subpoena in the matter of Blake Lively v. Wayfarer Studios, et al. *Lively v. Wayfarer Studios LLC (1:24-cv-10049) District Court, S.D. New York*

I reside in Nevada and am representing myself pro se.

Attached to this email, please find the following documents for filing with this Court:

**For the Motion to Quash:**

- Motion to Quash Subpoena

- Declaration in Support of Motion to Quash

- Exhibit A – Subpoena

- Exhibit B – Meet and Confer Email

- Exhibit C – SDNY Motion to Seal (Doc 470)

- Exhibit D – July 26 Letter to Judge Lyman

- Proposed Order Granting Motion to Quash

**For the Motion to Seal or Redact:**

- Motion to Seal or Redact Personal Information

- Declaration in Support of Motion to Seal or Redact

- Exhibit E – Affidavit of Due Diligence (Cynthia Barnes Slater)

- Proposed Order Granting Motion to Seal or Redact

For your convenience, in addition to attaching all of the documents individually - I am also including a zip file that will allow you to easily download everything at once.

It is my understanding that, as a pro se litigant, I am permitted to submit filings for docketing via email to this address. I respectfully request that the Court file-stamp these documents and return a copy for my records.

Please reply with a confirmation of these filings and the issuance of any Certificate of Service or similar documents that may assist me in properly serving this on opposing counsel, as I am proceeding without an attorney.

If there is a fee associated with filing these materials, please let me know, and I will promptly arrange for

payment.

If there is anything further I need to do to complete these filings, please let me know at your earliest convenience.

Thank you for your assistance.

Respectfully,

/s/ Mario Lavandeira

Mario Lavandeira aka Perez Hilton
Temporary Mailing Address:

8506 West 3rd Street #101

Los Angeles, CA 90048

Email: PH@PerezHilton.com

Phone: 702-763-2746