UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**DECLARATION OF MARIO LAVANDEIRA IN SUPPORT OF MOTION TO QUASH SUBPOENA**

I, Mario Armando Lavandeira, Jr. — also known professionally as Perez Hilton — make this declaration in support of my Motion to Quash the subpoena issued to me by Plaintiff Blake Lively. Unless otherwise stated, the facts set forth below are based on my personal knowledge and are true and correct.

1. I am the recipient of the subpoena issued by Blake Lively's legal team in the underlying case pending in the Southern District of New York. A true and correct copy of the subpoena is attached hereto as Exhibit A.

2. On July 21, 2025, I emailed counsel for Blake Lively to initiate a meet and confer and formally expressed my objections and withdrawal request on July 24, 2025. A true and correct copy of that communication is attached hereto as Exhibit B.

3. Due to the nature of the subpoena, the protected information it seeks, and my status as a non-party journalist residing in Nevada, I also previously filed a motion to seal or redact personal information in the Southern District of New York. That filing is attached here as Exhibit C to provide additional context and support.

4. On July 26, 2025, Blake Lively's legal team submitted a letter to the court stating that they were withdrawing subpoenas aimed at other journalists. That letter is attached hereto as Exhibit D.

5. I am the journalist known publicly as Perez Hilton and I maintain and operate my own independent media platform, [PerezHilton.com](PerezHilton.com), as well as a podcast and social media accounts across various networks - totalling a reach of many millions of followers.

6. I was not paid by, nor did I receive any compensation from, any of the parties in Lively v. Wayfarer Studios LLC, including Justin Baldoni, Wayfarer Studios, or any affiliates.

7. I was not told by anyone to smear Blake Lively. I was not told by anyone to write negative articles or create negative videos about Blake Lively.

8. I formed my own opinions through editorial judgment, journalistic research, and protected speech. These opinions were based on court filings and my interpretation of them.

9. I submit this declaration in support of my Motion to Quash and request that the Court consider the facts stated above and in the filing - as well as the exhibits attached - in ruling on the motion. I respectfully urge the Court to grant my Motion to Quash in full, given my status as a non-party journalist, the undue burden posed by the subpoena, its many legal defects - including jurisdiction - and the lack of any compensation or ill-intented directive from the parties involved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 28, 2025 in Las Vegas, Nevada.

/s/ Mario Lavandeira

Mario Lavandeira aka Perez Hilton